UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE GRACE MARIE MILES, aka JANE DOE, aka MARIE MILES, aka GRACE M. MILES,<br><br>Debtor. | Case No: C 10-4725 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On October 20, 2010, Appellant Grace Marie Miles filed a pro se notice of appeal from an Order Denying (1) Debtor's Request for Entry of Discharge, and (2) Debtor's Motion to Waive Pacer User Fees, which was filed on September 28, 2010. (Docket 1, 1-5.) Federal Rule of Bankruptcy Procedure 8006 requires an appellant to file with the bankruptcy court clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented within fourteen (14) days after filing the notice of appeal. Upon perfection and entry of the record on the District Court's docket, Appellant has twenty-eight days to file her opening brief. (Docket 2.) Although more than nine months have lapsed since Appellant initiated this appeal, Appellant has not filed her opening brief nor is there any indication that she has perfected the record for appeal. Accordingly,

IT IS HEREBY ORDERED THAT Appellant shall show cause in writing why the instant appeal should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Within twenty-one (21) days of the date this order is filed, Appellant shall file a memorandum explaining why the appeal should not be dismissed. The memorandum, which shall be entitled, "Response to Order to Show Cause," shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for

opposing dismissal and its expected course if not dismissed.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

    IT IS SO ORDERED.

Dated: August  4 , 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE GRACE MARIE MILES,

      Plainitiff,

Case Number: CV10-04725 SBA

**CERTIFICATE OF SERVICE**

  v.

IN RE GRACE MARIE MILES et al,

      Defendant.
                                  /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Trustee
Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

United States Bankruptcy Court Northern District of California
USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Grace Marie Miles
P.O. Box 1246
Menlo Park, CA 94026

Judge Thomas E. Carlson
US Bankruptcy Court
235 Pine Street
PO Box 7341
San Francisco, CA 94120

Dated: August 4, 2011

                                      Richard W. Wieking, Clerk

                                              By: LISA R CLARK, Deputy Clerk