UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE GRACE MARIE MILES, aka JANE DOE, aka MARIE MILES, aka GRACE M. MILES,<br><br>　　　　　　　Debtor. | Case No:  C 10-4725 SBA<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Docket 30 |

On March 30, 2012, the Court dismissed the Debtor's bankruptcy appeal without prejudice for failure to prosecute.  Dkt. 27.  On April 30, 2012, the Debtor filed a notice of appeal and a motion for reconsideration.  Dkt. 28, 29.  On May 1, 2012, the Debtor superseded her motion for reconsideration with a corrected motion for reconsideration.  Dkt. 30.  However, the Debtor's filing of a notice of appeal divested this Court of jurisdiction to consider her corrected motion for reconsideration.  Gould v. Mutual Life Ins. Co., 790 F.2d 769, 772 (9th Cir. 1986).  In any event, the Debtor's motion is moot in light of the Ninth Circuit's mandate dismissing the appeal as being "so insubstantial as to not warrant further review[.]"  Dkt. 33.  Accordingly,

IT IS HEREBY ORDERED THAT the Debtor's corrected motion for reconsideration is DENIED.  This Order terminates Docket 30.

IT IS SO ORDERED.

Dated:  March 4, 2013

　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

IN RE GRACE MARIE MILES,

      Plaintiff,

 v.

IN RE GRACE MARIE MILES et al,

      Defendant.
_____/

Case Number: CV10-04725 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Trustee
Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

 United States Bankruptcy Court Northern District of California
USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

1 | E. Lynn Schoenmann
2 | 800 Powell Street
  | San Francisco, CA 94104
3 |
4 | Grace Marie Miles
  | P.O. Box 939
5 | Los Altos, CA 94023-0939
6 | Judge Thomas E. Carlson
  | US Bankruptcy Court
7 | 235 Pine Street
  | PO Box 7341
8 | San Francisco, CA 94120
9 | Dated: March 5, 2013

                                                               Richard W. Wieking, Clerk
                                                                   By: Lisa Clark, Deputy Clerk